# United States District Court

FILED
MAY - 6 2009

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

UNITED STATES OF AMERICA

V.

Carlos GARDEA-Bucio

Carlos MORENO, Antonio GARDEA

## CRIMINAL COMPLAINT

CASE NUMBER: 09-M-3094G

EPT- 09-2574-0506
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 4, 2009** in **El Paso** county, in the **Western** District of **Texas** DEFENDANT (s) did, (Track Statutory Language of Offense)

An alien who had been Removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557, and was found in the United States.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a (n) **Prosecutions Officer / Senior Patrol Agent** and that this complaint is based on the following facts:

On May 4, 2009 at 06:40 p.m RVSS Camera Control Operators observed an individual illegally enter the United States at the east cargo lanes of the Bridge of The Americas Port of Entry in El Paso, Texas. This location is approximately .2 miles east of the Bridge of the Americas Port of Entry. The individual evaded the inspection lanes and continued to run north on Interstate 54 towards the Paisano Drive exit in El Paso, Texas. Border Patrol Agent Escabi responded to this location and was able to encounter the individual.

Continued on the attached sheet and made a part hereof:  [X] Yes  [ ] No

Signature of Complainant
**Fabian Frias**
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

**May 6, 2009**                                  El Paso, Texas
Date                                             City and State

**Norbert J. Garney**
**United States Magistrate Judge**
Name & Title of Judicial Officer                 Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT
WESTERN DISTRICT OF TEXAS

Carlos GARDEA-Bucio
    Carlos MORENO, Antonio GARDEA
EPT- 09-2574-0506
May 6, 2009
FACTS (CONTINUED)

Agent Escabi approached the individual, identified himself as a Border Patrol Agent and questioned the individual as to his citizenship. The DEFENDANT admitted to the agent to being a citizen and national of Mexico without immigration documents. The DEFENDANT further admitted to having just entered the United States illegally by circumventing inspection at the Port of Entry by running through the Bridge of The America Port of Entry cargo lanes. Agent Escabi took custody of the DEFENDANT and transported him to the Paso Del Norte Border Patrol Processing Center for further processing.

The DEFENDANT was enrolled into the E3/IDENT/IAFIS system utilizing her fingerprints and photo. The system identified the DEFENDANT and revealed prior immigration and criminal history. The defendant was read his rights as per Form I-214 in the Spanish language, which he acknowledged that he understood by signing the form.

Immigration History:
Ordered Removed from the United States to Mexico by an Immigration judge on 04/12/1989.

Criminal History:    Name used: Antonio Gardea
Arrested: 03/28/1983
Agency: Police Department, Denver Colorado.
Charge: Assault.
Disposition: unavailable.

Criminal History:    Name used: Antonio Gardea
Arrested: 04/07/1988
Agency: Police Department, Denver Colorado.
Charge: Failure to appear/ Poss. Dangerous drugs.
Charge: Disposition: unavailable.

Criminal History:    Name used: Antonio Gardea
Arrested: 11/18/1988
Agency: Territorial Correctional Facility.
Charge: Dangerous Drugs.
Disposition: Guilty at trial 3 years.

CONTINUATION OF CRIMINAL COMPLAINT
WESTERN DISTRICT OF TEXAS

Carlos GARDEA-Bucio
AKA: Carlos MORENO, Antonio GARDEA
EPT- 09-2574-0506

May 6, 2009
FACTS (CONTINUED)

Criminal History:    Name used: Carlos MORENO
Arrested: 12/15/1990
Agency: Denver Police Department.
Charge: Dangerous Drugs.
Disposition: Unknown.

Further immigration records checks revealed that the DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.